IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

S & S SALES CO., INC.                                                                PLAINTIFF

v.                                    No. 2:11-cv-155-DPM

KELLOGG COMPANY;
KELLOGG SALES COMPANY,
d/b/a KELLOGG'S SNACKS; KELLOGG USA INC.;
and GULF COAST COOKIES LLC                                            DEFENDANTS

ORDER

For the reasons stated on the record at the 15 December 2011 hearing, Kellogg's motion to dismiss, *Document No. 8*, is denied without prejudice. The parties' contract is reasonably related and substantially connected to Delaware. The parties' submission (or submissions) on the certified question (or questions) is due by 16 January 2012.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 December 2011