IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

S & S SALES CO., INC.                                                                    PLAINTIFF

v.                                     No. 2:11-cv-155-DPM

KELLOGG COMPANY;
KELLOGG SALES COMPANY,
d/b/a KELLOGG'S SNACKS and
KELLOGG USA INC.; and GULF
COAST COOKIES LLC                                                                    DEFENDANTS

ORDER

The Court congratulates the parties on their settlement. The scheduling order is suspended. The pending motion, *Document No. 32*, is denied as moot. Unless a party moves the Court to resolve some dispute about the settlement or seeks some other relief before 4 June 2012, the Court will thereafter enter judgment dismissing the complaint with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 May 2012