IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

S & S SALES, INC.                                                               PLAINTIFF

v.                          No. 2:11-cv-155-DPM

KELLOGG COMPANY;
KELLOGG SALES COMPANY,
d/b/a KELLOGG'S SNACKS and
KELLOGG USA INC.; and GULF
COAST COOKIES LLC                                                        DEFENDANTS

## JUDGMENT

Pursuant to the parties' settlement and this Court's Order of 4 May 2012, S & S Sales's complaint is dismissed with prejudice.

D.P. Marshall Jr.
United States District Judge

5 June 2012